UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON TROWBRIDGE,

        Petitioner,        CASE NO. 09-10974
                              HONORABLE MARIANNE O. BATTANI

v.

GINO ROMANO, *et al.,*

        Respondents.
_____/

## ORDER OF DISMISSAL

On March 16, 2009, petitioner Jason Trowbridge filed a *pro se* petition for the writ of habeas corpus under 28 U.S.C. § 2241. Because he failed to pay the filing fee for his habeas petition or to apply for leave to proceed *in forma pauperis*, the Court ordered him on March 26, 2009, to pay the filing fee of $5.00 within twenty-one days or to submit a completed application to proceed *in forma pauperis*. The Court warned Petitioner that failure to comply with the Court's order could result in a dismissal of the habeas petition.

To date, Petitioner has not paid the filing fee for this action, submitted an application to proceed *in forma pauperis*, or communicated with the Court. Accordingly, the habeas petition is **DISMISSED** without prejudice for failure to prosecute and to comply with the Court's previous order. Fed. R. Civ. P. 41(b); Local Rule 41.2 (E.D. Mich. Mar. 2, 1998).

Dated: June 5, 2009                s/Marianne O. Battani
                                            MARIANNE O. BATTANI
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

    I hereby certify that on the above date a copy of this Order was served upon the petitioner and respondent.

                                        s/Bernadette M. Thebolt
                                        Case Manager